UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

March 1, 2018
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** CARL NAMI, JR.

**OTHERS:** Nailah Green, U.S. Pretrial Services

**Docket #** CR. 1:18-00095-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
    vs.
MICHAEL SHER
**PRESENT**

**APPEARANCE:**
Jacqueline Carle, AUSA, for USA
William Hughes, Esq., and Christopher Mazza, Esq., for Defendant

**NATURE OF PROCEEDINGS:**      INITIAL APPEARANCE/PLEA TO 1-COUNT INFORMATION

Financial Affidavit filed.
Ordered William Hughes, Esq., appointed CJA counsel for defendant.
Deft. advised of charges and penalties.
Waiver of indictment executed and filed.
INFORMATION filed.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered deft. sworn; deft. sworn
PLEA:    GUILTY to Count 1 of the Information.
Ordered plea accepted.
Ordered sentencing set for June 8, 2018 at 10:00AM in Courtroom 4D.
Ordered bail set at $50,000 unsecured bond with conditions.
Order of release to be entered.

Time commenced: 10:00AM    Time Adjourned: 10:50AM    Total Time:  0:50

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**